**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Santos CUETO–PARRA, also known as Jose Santos Morales, also known as Santos Cueyo, also known as Santos Cueto Parva, also known as Angel Rodriguez, Defendant–Appellant.**

**No. 06–10584**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Christopher R. Wolfe, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Santos Cueto–Parra raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.